**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|  | : |  |
|  | : |  |
| v. | : | No. 13-cr-00039-9 |
|  | : |  |
| ROBERT MOY | : |  |
|  | : |  |
|  | : |  |

### ORDER

      **AND NOW,** this 29th day of April, 2014, upon consideration of Robert Moy's Motion for Joinder in Co-Defendant Michael J. Sullivan's Motion for Dismissal of Certain Wire Fraud Counts with Respect to Counts 39 Through 50 (Doc. No. 190), it is hereby that the Motion is **GRANTED IN PART** and **DENIED IN PART**.

      The Motion is **GRANTED** regarding Counts 39, 42, and 50, which are the pertinent wire fraud counts against Moy that involve "Interstate transmission of adjudication batch."  The Motion is **DENIED** regarding the remaining Counts.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE