IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 13-39-09 |
| ROBERT MOY | : | |

**JUDGMENT OF ACQUITTAL**

AND NOW, this 14th day of August, 2014, after a jury trial in open court on July 23rd, 2014, with the counsel for the government, the defendant and defense counsel present, the jury has returned its verdict, finding the defendant not guilty as to: <u>Counts 1, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 62, 63, 64, 65, 66, 67 and 68.</u>

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

s/: Lawrence F. Stengel, J._____
LAWRENCE F. STENGEL, J.

cc:  U.S. Marshal
      Probation Office
      Counsel

 7/28/2014         LLB
   Date         By Whom